# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY JORDAN,<br><br>    Plaintiff,<br><br>v.<br><br>HUNG, et al.,<br><br>    Defendants. | Case No. 1:15-cv-00900-DAD-BAM (PC)<br><br>Appeal No. 19-15049<br><br>ORDER REGARDING *IN FORMA PAUPERIS* STATUS ON APPEAL |

Plaintiff Larry Jordan ("Plaintiff"), a state prisoner proceeding *pro se* and *in forma pauperis*, filed this civil rights action pursuant to 42 U.S.C. § 1983. On December 4, 2018, the Court dismissed Plaintiff's federal claims for failure to state a claim, and declined to exercise supplemental jurisdiction over Plaintiff's state law claims. (ECF No. 25.) Judgment was entered accordingly the same date. (ECF No. 26.) On January 7, 2019, Plaintiff filed a notice of appeal. (ECF No. 27.)

On January 14, 2019, the Ninth Circuit Court of Appeals referred the matter back to this Court for the limited purpose of determining whether *in forma pauperis* status should continue for the appeal. 28 U.S.C. § 1915(a)(3). The Court finds that this appeal is not taken in bad faith and is not frivolous. Accordingly, *in forma pauperis* status should not be revoked and should continue on appeal.

IT IS SO ORDERED.

Dated: **January 15, 2019**         /s/ *Barbara A. McAuliffe*
                                          UNITED STATES MAGISTRATE JUDGE